1118

**Raymond BALLEW, Appellant, v. STATE of Texas, Appellee.**

**No. 21515.**

Court of Criminal Appeals of Texas.

Feb. 5, 1941.

Jas. C. Mahan, of Childress, and Marvin B. Simpson, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault to murder without malice, punishment assessed being one year in the penitentiary.

Appellant gave notice of appeal to this court, but since the jurisdiction of this court attached appellant has filed his affidavit requesting the court to dismiss the appeal, and at his request it is so ordered.

**Eddie McGILL, Appellant, v. STATE of Texas, Appellee.**

**No. 21372.**

Court of Criminal Appeals of Texas.

Jan. 15, 1941.

Ralph Dickson and Kelly Tipps, both of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the burglary of a private residence at night. The punishment assessed is confinement in the state penitentiary for a term of five years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing said appeal. The request is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**O. L. SMYRL, Appellant, v. STATE of Texas, Appellee.**

**No. 21431.**

Court of Criminal Appeals of Texas.

Jan. 15, 1941.

E. A. Landman, of Athens, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the district court of Anderson County for misapplication of county funds, and his punishment was assessed at two years' confinement in the penitentiary.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the privilege of withdrawing his appeal. The request is granted and the appeal is dismissed.

**UNITED CAB CO., Appellant, v. Roy J. DAVENPORT, Appellee.**

**No. 10843.**

Court of Civil Appeals of Texas. San Antonio.

Jan. 8, 1941.

Rehearing Denied Feb. 5, 1941.

Randle Taylor, of San Antonio, for appellant.

Walter Groce, of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion on authority of Associated Indemnity Corporation v. J. M. Gatling, Tex.Civ.App., 75 S. W.2d 294.